IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CR. NO. 1:07-CR-60-WKW |
| v. ) | [18 USC 922(g)(1)] |
| ) | |
| JAMES ALLAN GIBSON, ) | |
| a/k/a JIMMY GIBSON ) | INDICTMENT |

**The Grand Jury charges:**

## COUNT 1

On or about January 23, 2007, in Dale County, within the Middle District of Alabama, the defendant,

JAMES ALLAN GIBSON,
a/k/a JIMMY GIBSON,

having been convicted on or about May 10, 1993, of a felony, namely, Attempt to Possess a Controlled Substance, (CC 91-000524), in the Circuit Court of Houston County, Alabama, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce a firearm, namely an H&R, .22 Caliber Revolver, and .22 caliber ammunition (approximately 385 live rounds), better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation alleged in Count 1 of this indictment, the

defendant,

JAMES ALLAN GIBSON,<br>a/k/a JIMMY GIBSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One H&R, .22 Caliber Revolver and ammunition.**

 C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred, sold to, or deposited with a third person;

  (3) has been placed beyond the jurisdiction of the court;

  (4) has been substantially diminished in value; or,

  (5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Todd A. Brown
Assistant United States Attorney

3