IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

    **COMES NOW** the Defendant, James Allan Gibson, by and through undersigned counsel, Christine A. Freeman, and files this Motion to Modify Conditions of Pretrial Release, to temporarily permit him to travel within the Middle District of Alabama on Saturday, May 12, 2007.

    In support of this Motion, Defendant would show the following:

    1.    On April 19, 2007, James A. Gibson was placed on pretrial release, with a condition of home arrest with electronic monitoring. The condition of this home detention requires Mr. Gibson to remain at home except for doctors, probation and religious services.

    2.    Mr. Gibson requests permission to visit his mother in Marbury, Alabama on Saturday, May 12, 2007, in order to celebrate both Mother's Day (May 13) and his mother's seventy-fifth birthday (May 21). Mr. Gibson would leave his home in Midland City at 6:00 a.m. and would return to his home by 7:00 p.m., or as otherwise required by the Court.

    3.    The government does not oppose this request.

    4.    Mr. Gibson's mother is Mary Ann Gibson and she resides at 438 County Road 58E, Marbury. Her phone number is 334-365-9349. The trip will be 150 minutes each way.

6. Mr. Gibson is aware that electronic monitoring itself is a privilege and that modifications in the monitoring should not be routinely requested. Mr. Gibson's mother is suffering from cancer. She had three portions of a lung removed at UAB in 2005 and is now receiving chemotherapy for non-Hodgkins lymphoma. Mr. Gibson will not request a separate visit for her birthday.

**WHEREFORE,** the Defendant prays his conditions of pretrial release be modified as requested.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Krista Deegan, Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                          **s/Christine A. Freeman**
                                          **CHRISTINE A. FREEMAN**
                                          **TN BAR NO.: 11892**
                                          Attorney for James Gibson
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL: (334) 834-2099
                                          FAX: (334) 834-0353
                                          E-Mail: Christine_Freeman@fd.org