IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

### **ORDER**

Upon consideration of defendant's unopposed motion to modify (Doc. # 12), filed May 8, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 10th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE