PS 12C
(8/03)

# United States District Court
## for
## Middle District of Alabama

RECEIVED

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

2007 JUL 10 P 3: 50

Name of Defendant: JAMES GIBSON    Case Number: 1:07cr60-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: April 13, 2007

Original Offense: Possession of a Firearm by a Convicted Felon

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Follow instructions of USPO, Refrain from possession of any drug paraphernalia, No new debt

Assistant U.S. Attorney: Christopher A. Snyder    Defense Attorney: Michael Peterson

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: "The defendant shall refrain from any unlawful use of a controlled substance" | On June 14, 2007, Gibson reported to the U.S. Probation Office as directed. Gibson submitted a urine specimen which produced positive results for cocaine. Gibson was confronted with the results of the hand-held test and he denied any illegal drug use. Confirmation of the presence of cocaine in the urine screen submitted on June 26, 2007 was received on July 3, 2007. |
| Viol. 2: Condition 7(w) "Follow all instructions of the probation officer" | Gibson failed to follow the probation officer's instructions by using cocaine. The probation officer warned Gibson to refrain from illegal drug use during the post-release intake interview. Gibson was also warned to refrain from associating with individuals engaged in criminal activity. |

Supervision history of defendant and actions taken by officer: Gibson has performed satisfactorily while on pretrial release/EM. Gibson requested and was given permission by this officer on June 26, 2007, immediately following the urine test at the US Probation office, to pursue a separate urine screen from an outside source. Gibson did not take a separate urine screen until 6/29/07. Please note that cocaine remains in the body for 72 hours.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:
[X]  revoked.
[ ]  No action.
[ ]  The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *[signature]*
Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: July 10, 2007

Reviewed and approved: *[signature]*
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date