IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr060-WKW |
| | ) | |
| JAMES GIBSON | ) | |

**ORDER**

For good cause, it is

ORDERED that a revocation hearing is scheduled for 2:00 p.m. on July 20, 2007, in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

DONE, this 16th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE