IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

## **ORDER**

Upon consideration of defendant's unopposed motion to continue revocation hearing (Doc. # 26), filed July 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The revocation hearing previously set for June 20, 2007 is **rescheduled for 2:30 p.m. on July 26, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 20th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE