### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-60-WKW** |
| | ) | |
| **JAMES ALLAN GIBSON** | ) | |

### NOTICE OF AGREEMENT TO MODIFICATION

**NOW COMES** the Defendant, by and through the undersigned counsel and respectfully notifies the Court that it would be the intent of all parties and the U.S. Probation Office to jointly propose that this Court modify Mr. Gibson's conditions of pretrial release as follows:

1.  Mr. Gibson would remain at the Montgomery City Jail, in the custody of the U.S. Marshal Service, until Monday, July 30, 2007.

2.  On July 30, 2007, the Court would permit Mr. Gibson to be released and picked up by the office of defense counsel, for the purpose of being transported by defense counsel's office to the Fellowship House in Birmingham, Alabama.

3.  Thereafter, until either the Fellowship House has notified the U.S. Probation Office of a change which permits or requires Mr. Gibson to leave the facility, Mr. Gibson would remain in the residential Fellowship House substance abuse treatment program and would be required to participate in and complete said program.

4.  Said conditions would remain in effect while this matter is pending for trial and/or sentencing before this Court.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Esq., Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36101 and Bernard Ross, Senior U.S. Probation Officer, 15 Lee Street, Montgomery, Alabama.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353