# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **DOCKET NO.: 1:07-CR-60-WKW** |
| ) | |
| **JAMES ALLAN GIBSON** ) | |

## ORDER TO MODIFY CONDITIONS OF RELEASE

Based upon the Notice of Agreement to Modification filed by the defendant, and with the agreement of the government and probation office, it is

ORDERED that the conditions of release imposed upon the defendant on April 13, 2007 and May 10, 2007 are modified to remove the condition ordering the defendant to participate in the Home Confinement Program with electric monitoring, and to require instead that the defendant shall participate in the residential program at the Fellowship until he is released by the Court. It is further

ORDERED that the defendant shall remain at the Montgomery City Jail, in the custody of the U.S. Marshal, until July 30, 2007, on which date the defendant shall be released to his defense counsel for the purpose of being transported to the Fellowship House. All other release conditions previously imposed shall remain in effect.

DONE, this 26th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE