IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Matthew W. Shepherd, as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Todd A. Brown.

Respectfully submitted this the 12th of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

**MOTION GRANTED**

THIS 13TH DAY OF September, 2007

_____
UNITED STATES MAGISTRATE JUDGE