# United States District Court
## for
## Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant
## Under Pretrial Release Supervision

Name of Defendant: JAMES ALLAN GIBSON                    Case Number: 1:07cr60-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: April 13, 2007

Original Offense: Possession of a Firearm by a Convicted Felon

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Follow instructions of USPO, Refrain from possession of any drug paraphernalia, No new debt, Participate in the residential program offered by the Fellowship House.

Assistant U.S. Attorney: Christopher A. Snyder                    Defense Attorney: Michael Peterson

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: "The defendant shall refrain from any unlawful use of a controlled substance | On October 15, 2007, Gibson was terminated from the Fellowship House after failing to provide a urine sample for drug testing as instructed by staff. |

Supervision history of defendant and actions taken by officer: Due to the defendant testing positive for cocaine, a bond revocation hearing was held before Your Honor on July 26, 2007. At the hearing, it was agreed by all parties that the conditions of his release would be modified. It was ordered that the home confinement with electronic monitoring condition would be removed, and the defendant would instead be required to participate in the residential drug treatment program at the Fellowship House until he was released by the Court. The defendant entered the Fellowship House on July 30, 2007.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be:
[X] revoked.
[ ] No action.
[ ] The conditions of supervision should be modified as follows:

        Respectfully submitted,

        by: /s/ Willie Bernard Ross, Jr.

        Willie Bernard Ross, Jr.
        Senior U.S. Probation Officer
        Date: October 16, 2007

Reviewed and approved:  /s/ Sandra G. Wood
                          Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[√]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

        /s/ Susan Russ Walker
        Signature of Judicial Officer

        10/17/07

                Date