### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07-CR-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

### ORDER

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's pretrial release be and is hereby set for **October 23, 2007, at 3:00 p.m.**, before **United States Magistrate Judge Susan R. Walker, in Courtroom 5B**, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DONE, this 23rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE