IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

**UNOPPOSED MOTION TO RESCHEDULE**

**NOW COMES** the Defendant, by and through the undersigned counsel, and respectfully requests that the hearing set at this time on the Motion to Revoke Pretrial Release be rescheduled, from October 23 at 3:00 p.m., to October 24, 2007 at 2:00 p.m.

In support of this Motion, defendant would show:

1. Counsel for the prosecution does not oppose this motion.

2. Undersigned defense counsel has a conflicting court obligation, at a sentencing hearing previously set for October 23 at 300 p.m. in the matter of *United States v. Audra Rush*, Cr. 2:06-CR-221-WKW.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: James Gibson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353