AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |

UNITED STATES OF AMERICA

V.

JAMES ALLEN GIBSON

**GOVERNMENT'S EXHIBIT LIST**

1:07CR60-WKW

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>MATTHEW SHEPHERD | DEFENDANT'S ATTORNEY<br>CHRISTINE FREEMAN |
|---|---|---|
| TRIAL DATE(S)<br>OCTOBER 24, 2007 | COURT REPORTER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/24/07 | | Yes | Discharge Summary |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages