IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07-CR-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

**ORDER**

Upon consideration of the petition for warrant (Doc. # 34), filed October 17, 2007, and the hearing held on October 24, 2007, and for good cause, it is

ORDERED that the petition be and hereby is DENIED.

DONE, this 29th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE