# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 1:07-CR-60-WKW** |
| | ) | |
| **JAMES ALLAN GIBSON** | ) | |

## UNOPPOSED MOTION
## TO MODIFY PRETRIAL RELEASE CONDITIONS

**NOW COMES** the Defendant, by and through the undersigned counsel, and respectfully moves this Court to permit modification of Mr. Gibson's pretrial release conditions, to permit Mr. Gibson to visit his mother, Mary Ann Gibson, at the Oak View Manor nursing home or in whatever other medical facility she is placed, with the advance permission of his U.S. Probation Officer.

In support of this Motion, the defendant would show:

1. Mr. Gibson is presently released on the condition of home confinement, with electronic monitoring.

2. Mr. Gibson's mother is suffering from non-Hodgkins lymphoma and is presently receiving medical care at the Oak View Manor, 929 Mixon School Road, Ozark, Alabama 36360 (334-774-2631).

3. Mrs. Gibson's condition has recently worsened, and she is receiving continuous medical care.

4. Counsel for the prosecution does not oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36101.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for James Gibson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353