# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07-CR-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

## ORDER

Upon consideration of defendant's unopposed motion to modify pretrial release conditions (Doc. # 48), filed October 29, 2007, and for good cause, it is

ORDERED that the motion is GRANTED as follows:

Defendant is DIRECTED to file a written request to pretrial/probation officer requesting the date and times of the visit. Any future request to visit should also be made in writing, and the pretrial/probation officer shall have discretion to determine the conditions of any visit consistent with the terms of defendant's release.

DONE, this 31st day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE