IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

## **ORDER**

For good cause, it is

ORDERED that the change of plea hearing previously scheduled for October 29, 2007, be and hereby is **RESCHEDULED to 11:00 a.m. on November 16, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 13th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE