# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 1:07-CR-60-WKW** |
| | ) | |
| **JAMES ALLAN GIBSON** | ) | |

## **ORDER**

Upon consideration of defendant's motion to withdraw notice of intent to change plea (Doc. # 53), filed November 16, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 26th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE