IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 1:07-CR-60-WKW** |
| | ) | |
| **JAMES ALLAN GIBSON** | ) | |

**UNOPPOSED MOTION TO RESCHEDULE TIME FOR REVOCATION HEARING**

**NOW COMES** the Defendant, James Allan Gibson, by and through the undersigned counsel, and respectfully requests that the hearing set for Thursday, February 27 at 2:30 p.m. be rescheduled to Thursday, February 27 at 3:30 p.m. In support of this Motion, defendant would show that undersigned defense counsel has a conflicting court obligation, at a revocation hearing previously set for February 27 at 2:00 p.m. in the matter of *United States of America v. Ronnie Eslinger*, Cr. 1:06-CR-250-MEF. The United States, through Assistant United States Attorney Matthew Shepherd, does not oppose this request.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

    Respectfully submitted,

    s/Aylia McKee
    AYLIA MCKEE
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: aylia_mckee@fd.org
    ASB-6178-A39M

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant United States Attorney.

    s/Aylia McKee
    AYLIA MCKEE
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: aylia_mckee@fd.org
    ASB-6178-A39M