# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07-CR-60-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

## ORDER

Upon consideration of defendant's unopposed motion to reschedule revocation hearing (Doc. # 66), filed February 26, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

The revocation hearing previously scheduled for Thursday, February 28, 2008 at 2:30 p.m. is **rescheduled for 3:30 p.m. on February 28, 2008** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

Done, this 27th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE