IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr060-WKW |
| | ) | |
| JAMES ALLAN GIBSON | ) | |

### **ORDER**

On February 28, 2008, the defendant, JAMES ALLAN GIBSON, appeared before the undersigned to answer charges of violating the terms of his pre-trial release. Upon consideration of the evidence produced at the hearing, it is

ORDERED that the defendant's pretrial release is hereby revoked. The defendant is remanded to the custody of the United States Marshal pending the trial of this matter scheduled for the criminal term commencing March 17, 2008 in Dothan, Alabama.

DONE, this 29th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE