IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cr-60-MEF |
| | ) |
| JAMES ALLAN GIBSON, | ) |
| | ) |
| DEFENDANT. | ) |

## **ORDER**

Defendant James Allan Gibson is hereby directed to SHOW CAUSE on or before **March 14, 2008**, why the United States' Motion in Limine-Cross-Examination of Defendant-Rule 608(b) should not be granted.

DONE this 12th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE