FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR. NO. 1:07-CR-60-WKW |
| v. | ) | [18 USC 922(g)(1)] |
| | ) | |
| JAMES ALLAN GIBSON, | ) | |
| a/k/a JIMMY GIBSON | ) | INDICTMENT |

**The Grand Jury charges:**

## COUNT 1

On or about January 23, 2007, in Dale County, within the Middle District of Alabama, the defendant,

JAMES ALLAN GIBSON,
a/k/a JIMMY GIBSON,

having been convicted on or about May 10, 1993, of a felony, namely, Attempt to Possess a Controlled Substance, (CC 91-000524), in the Circuit Court of Houston County, Alabama, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce a firearm, namely an H&R, .22 Caliber Revolver, and .22 caliber ammunition (approximately 385 live rounds), better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Todd A. Brown
Assistant United States Attorney