## Verdict

### Count One

1.  On Count One of the Indictment, we, the Jury, find the Defendant, James Allan Gibson (place an X on the appropriate line):

    GUILTY      __X__

    NOT GUILTY      _____

of the crime of being a prohibited person in possession of any firearm and/or ammunition in or affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

    SO SAY WE ALL.

_Kenneth Wayne Avery_
Foreperson

Date: 3/19/2008