IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-60-MEF |
| | ) | |
| JAMES ALLAN GIBSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

Consistent with this Court's prior oral ruling, it is hereby ORDERED that Defendant

James Allan Gibson's Motion in Limine (Doc. # 76), filed March 10, 2008, is GRANTED

IN PART and DENIED IN PART.

It is further ORDERED that the Government's Motion in Limine (Doc. # 75), filed

March 10, 2008, is DENIED AS MOOT.

DONE this 20th day of March, 2008.

                                    /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE