# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 1:07cr60-MEF |
| ) | |
| JAMES ALLAN GIBSON, ) | |
| a/k/a JIMMY GIBSON ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 25, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. #98), forfeiting the following property to the United States:

> one H & R, .22 caliber revolver, bearing serial number 481025
> and .22 caliber ammunition (approximately 385 live rounds).

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant James Allan Gibson has an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearm is hereby forfeited to the United States pursuant to Title

18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> one H & R, .22 caliber revolver, bearing serial number 481025 and .22 caliber ammunition (approximately 385 live rounds).

2. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 110) is GRANTED.

5. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 28th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE